JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | ) Case No. CV 14-5908-GHK (DTB) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| SUPERIOR COURT OF CALIFORNIA, ET AL, | ) |
| Respondents. | ) |

In accordance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 10/22/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE